# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **BETZAIDA SANTOS-PAGAN,** *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>**BAYAMÓN MEDICAL CENTER,**<br><br>Defendant. | CIVIL NO. 20-1237 (BJM) |

## FINAL JUDGMENT

Judgment is hereby entered dismissing plaintiffs' claims under the SCA with prejudice, and dismissing plaintiffs' claims arising under Puerto Rico law without prejudice.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 30th day of September, 2024.

*s/Bruce J. McGiverin*
BRUCE J. McGIVERIN
United States Magistrate Judge